IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 4:12CR225 |
| | § | |
| VICENTE BOTELLO SEGUNDO | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On December 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Corrected Motion for Suppression of Illegally Seized Evidence (Dkt. 19) be DENIED.

There being no objections by Defendant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Corrected Motion for Suppression of Illegally Seized Evidence (Dkt. 19) is DENIED.

**IT IS SO ORDERED.**

SIGNED this the 31st day of January, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE